NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-712

CHARLES D. SNOW and VIRGINIA SNOW, on behalf of their minor son, TRAVIS SNOW

VERSUS

MICHAEL HARRISON and TOWN OF FERRIDAY

**********
APPEAL FROM THE
SEVENTH JUDICIAL DISTRICT COURT
PARISH OF CONCORDIA, NO. 36,410
HONORABLE ALFRED A. MANSOUR, DISTRICT JUDGE AD HOC

**********
NED E. DOUCET, JR.
CHIEF JUDGE
**********

Court composed of Ned E. Doucet, Jr., Chief Judge, Sylvia R. Cooks, and Michael G. Sullivan, Judges.

AFFIRMED.

Anthony J. Bruscato
P. O. Box 2374
Monroe, LA 71207
Counsel for Plaintiffs/Appellants:
    Charles Snow
    Virginia Snow

Paul Boudreaux  Jr.
Keiser, Auzenne & Boudreaux
P.O. Box 12358
Alexandria, LA 71315-2394
Counsel for Defendants/Appellees
    Town of Ferriday &
    Michael Harrison